John F. Denove, Esq., CSB #68825
William M. Karns, Esq. CSB# 238599
**CHEONG, DENOVE, ROWELL & BENNETT**
**A Law Partnership including a Professional Corporation**
10100 Santa Monica Boulevard, Suite 2460
Los Angeles, California 90067
(310) 277-4857   Fax No.: (310) 277-5254

Attorneys for Plaintiff, **TERRY SPAHR**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SPAHR,<br><br>　　　　Plaintiff,<br>v.<br><br>AMCO INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | CASE NO.: CV 09-09174 PA (AGRx)<br><br>**NOTICE OF LODGING OF PROPOSED ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF UNREDACTED RESERVE INFORMATION AND ANALYSIS**<br><br>Date:　　　September 28, 2010<br>Time:　　　10:00 a.m.<br>Courtroom:　"D"<br><br>[8th Floor, 312 North Spring Street, L.A., CA]<br><br>Before Magistrate Judge Alicia G. Rosenberg<br><br>Complaint filed:　　　October 14, 2009<br>Discovery Cut-Off:　　October 4, 2010<br>Pretrial Conference:　November 19, 2010<br>Trial Date:　　　　　December 14, 2010 |

TO:　ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff hereby lodges herewith a Proposed Order on Plaintiff's Motion to Compel Production of Unredacted Reserve Information and Analysis, a true and correct copy of which is also attached hereto.

Dated: September 23, 2010　　　　　　CHEONG, DENOVE, ROWELL & BENNETT

　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　WILLIAM M. KARNS
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff TERRY SPAHR

John F. Denove, Esq., CSB #68825
William M. Karns, Esq. CSB# 238599
**CHEONG, DENOVE, ROWELL & BENNETT**
A Law Partnership including a Professional Corporation
10100 Santa Monica Boulevard, Suite 2460
Los Angeles, California 90067
(310) 277-4857   Fax No.: (310) 277-5254

Attorneys for Plaintiff, **TERRY SPAHR**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SPAHR,<br><br>    Plaintiff,<br>v.<br><br>AMCO INSURANCE<br>COMPANY, et al.,<br><br>    Defendants. | CASE NO.: CV 09-09174 PA (AGRx)<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF UNREDACTED RESERVE INFORMATION AND ANALYSIS**<br><br>Date:          September 28, 2010<br>Time:          10:00 a.m.<br>Courtroom:  "D"<br><br>[8th Floor, 312 North Spring Street, L.A., CA]<br><br>Before Magistrate Judge Alicia G. Rosenberg<br><br>Complaint filed:         October 14, 2009<br>Discovery Cut-Off:    October 4, 2010<br>Pretrial Conference:   November 19, 2010<br>Trial Date:               December 14, 2010 |

Having considered Plaintiff TERRY SPAHR's Motion to Compel Production of Unredacted Reserve Information and Analysis, and good cause appearing therefor,

Having found that loss reserve information and analyses are discoverable in bad faith cases,

**IT IS HEREBY ORDERED AS FOLLOWS:**

Plaintiff's motion is hereby granted and Defendant AMCO INSURANCE COMPANY is to immediately produce a restored, unredacted version of the loss reserve information and analysis sought by Plaintiff by its motion.

DATED:_____

ALICIA G. ROSENBERG
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

H:\_S\Spahr AMCO BF\plead\Order re Motion to Compel re Reserves.wpd       1       JHB

**PROOF OF SERVICE**
Case Name: *Spahr v. AMCO Insurance Company, et al.*
Case Number: CV-091974 PA (AGRx); BC423748

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 10100 Santa Monica Boulevard, Suite 2460, Los Angeles, California 90067.

On August 24, 2010, I caused the documents described as:

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF UNREDACTED RESERVE INFORMATION AND ANALYSIS**

to be served on the interested parties in said action as follows:

☒  by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒  **BY MAIL**: I sealed and placed such envelope for collection and mailing to be deposited in the mail on the same day in the ordinary course of business at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

☒  **BY ELECTRONIC TRANSFER**: I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted via the Court's Electronic Case Filing system ("ECF") as required by the United States District Court for the Central District of California. A transmission stamped on each page indicates that the documents identified above were properly served by way of the Court's ECF system.

☐  **BY OVERNIGHT COURIER**: I caused such envelope to by placed for collection and delivery on this date in accordance with standard delivery procedures.

☐  **BY FAX**: In addition to service by mail, I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

☐  **BY PERSONAL SERVICE**: I personally delivered such envelope by hand to the offices of the addressee(s).

☒  [Federal]   I declare under penalty of perjury that the foregoing is true and correct. I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on August 24, 2010, at Los Angeles, California.

JERRY BERGER

**PROOF OF SERVICE**

## PROOF OF SERVICE
Case Name: *Spahr v. AMCO Insurance Company, et al.*
Case Number: CV-091974 PA (AGRx); BC423748

### SERVICE LIST

| | |
|---|---|
| James Fitzgerald, Esq.<br>Jason R. Bendel, Esq.<br>Brian Fodera, Esq.<br>STROOCK & STROOCK & LAVAN, LLP<br>2029 Century Park East, Suite 1600<br>Los Angeles, CA 90067 | Attorneys for Defendant **AMCO INSURANCE COMPANY**<br>(310) 556-5800 (O)<br>(310) 556-5959 (F) |
| Paul K. Schrieffer, Esq.<br>Michelle McCoy Wolfe, Esq.<br>P.K. Schrieffer LLP<br>100 North Barranca Street, Suite 1100<br>West Covina, CA 91791 | Attorneys for Defendant **ATWOOD INSURANCE AGENCY dba ISU INSURANCE SERVICES-ATWOOD AGENCY**<br>(626) 373-2444 (O)<br>(626) 974-8403 (F) |

PROOF OF SERVICE

**PROOF OF SERVICE**
Case Name: *Spahr v. AMCO Insurance Company, et al.*
Case Number: CV-091974 PA (AGRx); BC423748

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 10100 Santa Monica Boulevard, Suite 2460, Los Angeles, California 90067.

On September 23, 2010, I caused the documents described as:

**NOTICE OF LODGING OF PROPOSED ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF UNREDACTED RESERVE INFORMATION AND ANALYSIS**

to be served on the interested parties in said action as follows:

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| James Fitzgerald, Esq.<br>Jason R. Bendel, Esq.<br>Brian Fodera, Esq.<br>STROOCK & STROOCK & LAVAN, LLP<br>2029 Century Park East, Suite 1600<br>Los Angeles, CA 90067 | Attorneys for Defendant **AMCO INSURANCE COMPANY**<br>(310) 556-5800 (O)<br>(310) 556-5959 (F) |

☒ **BY MAIL:** I sealed and placed such envelope for collection and mailing to be deposited in the mail on the same day in the ordinary course of business at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

☒ **BY ELECTRONIC TRANSFER:** I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted via the Court's Electronic Case Filing system ("ECF") as required by the United States District Court for the Central District of California. A transmission stamped on each page indicates that the documents identified above were properly served by way of the Court's ECF system.

☐ **BY OVERNIGHT COURIER:** I caused such envelope to by placed for collection and delivery on this date in accordance with standard delivery procedures.

☐ **BY FAX:** In addition to service by mail, I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

☒ [Federal]   I declare under penalty of perjury that the foregoing is true and correct. I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on September 23, 2010, at Los Angeles, California.

JERRY BERGER

PROOF OF SERVICE